UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>            Plaintiff,          )<br>                                )<br>       v.                       )<br>                                )<br> FRANCOIS GAUTHIER (1),          )<br>    aka Tony DiValerio,         )<br>    aka Tom,                    )<br> JERRY TURCOTTE (2),             )<br> MICHAEL DUBIN (3),              )<br>    aka Mario,                  )<br>    aka Gary,                   )<br> LAWRENCE RICHARD URI, III (4),  )<br>    aka Uncle,                  )<br>                                )<br>            Defendants.         )<br>_____) | Criminal Case No. '08 CR 1200 H<br><br>NOTICE OF RELATED CASE<br><br>unsealed 4/25/08 |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to United States of America v. Alberto Salcedo-Lopez, et al., Criminal Case No. 07CR2817-H.

   DATED: April 16, 2008.

                                   KAREN P. HEWITT
                                   United States Attorney

                                   /s/ Joseph S. Smith Jr.
                                   JOSEPH S. SMITH JR.
                                   Assistant U.S. Attorney