AO 442

PLEASE RECEIPT AND RETURN

NOT FOR PUBLIC VIEW

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

SECRET

UNITED STATES OF AMERICA
V.

Michael Dubin (3)
aka Mario,
aka Gary

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

**CASE NUMBER:** 08cr1200 H

YOU ARE HEREBY COMMANDED to arrest

Michael Dubin (3)
aka Mario,
aka Gary

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine
21:841(a)(1); 18:2 - Possession of Cocaine with Intent to Distribute; Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                          Clerk of the Court
Name of Issuing Officer                          Title of Issuing Officer

s/ J. Jo(SEAL)                                   04/16/08   San Diego, CA
Signature of Deputy                              Date and Location

Bail fixed at $   No Bail   by   The Honorable Ruben B. Brooks
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

