## Minutes of the United States District Court
### Southern District of California
### APRIL 25, 2008

**HON. JAN M. ADLER**             **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08-01-11:22-11:36

08CR1200-H        USA    vs.    MICHAEL DUBIN, 08289298-ENG (C)

ARRAIGNMENT ON IND.

ERIKA ZUNKEL, FEDERAL DEFENDERS, INC, S/A

AUSA: JOSH GREEN

DOA: 4-24-08

GOVT'S ORAL MOTION TO UNSEAL CASE - GRANTED

DFT ARRAIGNED ON INDICTMENT; NOT GUILTY PLEA ENTERED

CT PROVISIONALLY APPOINTS JOHN FIELDING

GOVT'S ORAL MOTION TO DETAIN (RISK OF FLIGHT)

DETENTION HRG SET FOR 5/1/08 AT 2:00PM BEFORE JUDGE ADLER

MH/TS SET FOR 5/27/08 AT 2:00 PM BEFORE JUDGE HUFF

7 MINS