LAW OFFICES OF JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant, Michael Dubin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08CR1200-H |
| Plaintiff, | ) **NOTICE OF MOTION AND MOTION** |
| | ) **TO:** |
| v. | ) |
| | ) **1) COMPEL DISCOVERY;** |
| MICHAEL DUBIN, | ) |
| | ) **2) LEAVE TO FILE FURTHER** |
| | )    **MOTIONS** |
| Defendant. | ) |
| | ) Date: May 27, 2008 |
| _____ | ) Time: 2:00 p.m. |

TO: THE UNITED STATES ATTORNEY: **PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, MICHAEL DUBIN, by and through his counsel, John R. Fielding, Jr., will move this Court to grant the above-entitled motions.

**MOTION**

The Defendant, MICHAEL DUBIN, by and through his counsel, John R. Fielding, Jr., and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-referenced motions.

1 | DATE: May 15, 2008              Signed: /s/ *John R. Fielding, Jr.*
2 |                                 John R. Fielding, Jr.
3 |                                 Attorney for Defendant
                                    jfieldingattyatlaw@yahoo.com