LAW OFFICES OF JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant, Michael Dubin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn L. Huff)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1200-H |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DUBIN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I, the undersigned, declare:  That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party in the within action; that my business addressis: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

That I caused to be served the within  the **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS  and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT MOTION TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS** on the Untied States Attorney's Office, by electronically filing the document with the Clerk of the United

States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

    I certify that the foregoing is true and correct. Executed May 15, 2008, at San Diego, California.

Dated: May 15, 2008                                    Signed:  /s/John Fielding
                                                                                  John R. Fielding
                                                                                  Attorney for Defendant